**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                                    **3:98cr24/RV
                                                                            3:08cv12/RV/MD**

**STERLING KENNETH WESTBERRY**

## ORDER

This cause is before the court on defendant's notice of appeal (doc. 95) of the court's order denying his motion to vacate pursuant to 28 U.S.C. § 2255 as second or successive and his alternative request for relief pursuant to Fed.R.Civ.P. 60(b) which the court construes as a request for a certificate of appealability. *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and for the reasons set forth in this court's order (doc. 93) adopting and incorporating the Magistrate Judge's Report and Recommendation (doc. 91), his request for a certificate of appealability is DENIED.

Defendant's motion for leave to proceed *in forma pauperis* (doc. 96) is denied, as this appeal is not taken in good faith and he is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 19th day of August, 2008.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**