# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                     CASE NO.  3:98cr24-01/RV

STERLING WESTBERRY

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on __November 18, 2008__

Motion/Pleadings:   Motion to Reduce Sentence (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582)

Filed by___Defendant___ on _3/7/2008___ Doc.# ___84___

RESPONSES:

  _United States___ on _3/20/2008___ Doc.# ___85___

on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed    _____ Consented

                            WILLIAM M. McCOOL, CLERK OF COURT

_____             s/Jerry Marbut

LC (1 OR 2)                   Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of November , 2008, that:*

*(a) The relief requested is DENIED.*

*(b) The defendant's sentencing guideline range is not affected by Amendment 706.*

               /s/ *Roger Vinson*

                          **ROGER VINSON**

                **Senior United States District Judge**